UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-09333-SB-GJS            Date September 21, 2022

Title: Shavarsh Odadjian v. Jaguar Land Rover North America, LLC

Present: The Honorable STANLEY BLUMENFELD, JR., United States District Judge

| Jennifer Graciano | None Appearing |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Appearing                             None Appearing

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated August 18, 2022.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer     jgr